# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 2:14-CR-053-GMN-(CWH) |
| WILLARD P. WITHAM, SR., | ) ) ) | |
| Defendant. | ) | |

**FINAL ORDER OF FORFEITURE AS TO WILLARD P. WITHAM, SR.**

On June 24, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and (2)(C) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(a)(1) and (a)(2); and Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c) forfeiting property of defendant WILLARD P. WITHAM, SR., to the United States of America. Indictment, ECF No. 11; Change of Plea, ECF No. 41; Plea Agreement, ECF No. 42; Preliminary Order of Forfeiture, ECF No. 43.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 924(d)(1), (2)(C), (3)(B), and (3)(C) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(a)(1) and (a)(2); and Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c), that the Preliminary Order of Forfeiture (ECF No. 43), listing the following assets, is final as to defendant WILLARD P. WITHAM, SR.,:

1. one (1) Taurus .38 caliber revolver bearing manufacturer's serial number LC40499;
2. one (1) Taurus model PT 740 .40 caliber semi-automatic handgun bearing manufacturer's serial number SDT94901;
3. one (1) Kel-Tec model PF-9 9 millimeter semi-automatic handgun bearing manufacturer's serial number S3Y89;
4. one (1) Smith & Wesson model SD40VE .40 caliber semi-automatic handgun bearing manufacturer's serial number HED2760;
5. and all ammunition
6. $290.00 in United States Currency;
7. $2,810.00 in United States Currency;
8. One (1) 2003 black Chevrolet pick-up truck, VIN: 2ECEK19N731288886, license plate number 042 LDH; and
9. An *in personam* criminal forfeiture money judgment of $14,570 in United States Currency.

**DATED** this 19th day of December, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court

2