TODD M. LEVENTHAL, ESQ.
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada 89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
**Attorney for Willard Witham**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLARD WITHAM,<br><br>    Defendant. | Case No.: 2:14-cr-00053-GMN-CWH<br><br>**STIPULATION TO CONTINUE TIME OF REVOCATION HEARING** |

IT IS HEREBY STIPULATED AND AGREED by and between Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Todd M. Leventhal, Esq., counsel for offender Willard Witham, that the Revocation Hearing currently scheduled for Tuesday, August 27, 2019 at 3:30 p.m., be vacated and continued to a date and time convenient to this Court, but no sooner than sixty (60) days from the current setting.

On June 24, 2019, the magistrate judge released offender Witham on bond with conditions pending the revocation hearing. ECF 131. The conditions include home confinement with location monitoring.

This Stipulation is entered into because on Saturday, August 24, 2019 offender Willard Witham was admitted to the hospital UMC and remains hospitalized in critical condition after

suffering injuries falling 20+ ft at his employment. Attached hereto as Exhibit 1 please find a letter from Chad Morrison DO.

DATED: August 27, 2019

*/s/ Todd M. Leventhal*  
By_____  
TODD M. LEVENTHAL  
Attorney for Willard Witham

*/s/ Daniel J. Cowhig*  
By_____  
DANIEL J. COWHIG  
Assistant United States Attorney

### **ORDER**

IT IS HEREBY ORDERED that the Stipulation is GRANTED IN PART AND DENIED IN PART.

IT IS FURTHER ORDERED that the Revocation hearing scheduled for Tuesday, August 27, 2019, at 3:30 p.m. is VACATED and continued to Friday, September 6, 2019, at 3:30 p.m. in LV Courtroom 7D before Chief Judge Gloria M. Navarro.

IT IS SO ORDERED.

DATED this 26th day of August, 2019.

_____  
UNITED STATES DISTRICT JUDGE